IN THE MATTER OF THE PETITION     *     IN THE COURT OF APPEALS
FOR REINSTATEMENT OF             *     OF MARYLAND
ROLANDO VINCENTE LEE           *
TO THE BAR OF MARYLAND        *
                                    *
                                    *     Misc. Docket AG, No. 123
                                    *
                                    *     September Term, 2016
                                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Reinstatement to the Maryland Bar filed by

Petitioner, Rolando Vincente Lee, and the response of Bar Counsel filed in the above

entitled case, it is this __28th__ day of _____July_____, 2017

ORDERED, by the Court of Appeals of Maryland, that the Petition for

Reinstatement of Rolando Vincente Lee be, and it is hereby, granted, and it is further

ORDERED, that the Clerk of the Court shall replace the name of Rolando

Vincente Lee upon the register of attorneys entitled to practice in this Court and certify

that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial

tribunals in this State.


                                         /s/ Mary Ellen Barbera
                                         Chief Judge